# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA OLIVIA RUFINA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GARY JOHNSON, et al.,<br><br>    Defendants. | **Case No.  1:16-cv-00624-LJO-SKO (PC)**<br><br>**ORDER DIRECTING CLERK'S OFFICE TO RE-DESIGNATE ACTION FROM 440 (OTHER CIVIL RIGHTS) TO 550 (CIVIL RIGHTS)** |

    Proceeding pro se and *in forma pauperis*, Plaintiff Maria Olivia Rufina, filed a civil action on April 29, 2016.  (Doc. 1.)  The action appears to have been erroneously designated as a section 1983 civil action, rather than a section 1983 state prisoner petition.

    Accordingly, the Court HEREBY ORDERS the Clerk of the Court to re-designate this action from 440 (other civil rights) to 550 (prisoner petition for civil rights).

IT IS SO ORDERED.

Dated:   **May 5, 2016**                    **/s/ Sheila K. Oberto**
                                                                             UNITED STATES MAGISTRATE JUDGE