1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   MARIA OLIVIA RUFINA, et al.,          1:16-cv-00624-SKO (PC)

12              Plaintiff,                  ORDER DIRECTING CLERK'S OFFICE TO
                                            SEND PLAINTIFFS REGULAR CIVIL IFP
13        v.                                APPLICATIONS AND REQUIRING
                                            PLAINTIFFS TO FILE REGULAR CIVIL IFP
14   GARY JOHNSON, et al.,                  APPLICATION OR PAY FILING FEE IN FULL
                                            WITHIN THIRTY DAYS
15              Defendants.

16
          Plaintiffs have filed this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiffs neither
17
     filed an application to proceed in forma pauperis nor paid the $400.00 filing fee in full.
18
     Accordingly, it is HEREBY ORDERED that:
19
          1.        The Clerk's Office shall send plaintiffs three (3) regular civil in forma
20
                    pauperis application;
21
          2.        Within **thirty (30) days** from the date of service of this order, plaintiffs
22
                    shall either each file a completed regular civil in forma pauperis application
23
                    or pay the $400.00 filing fee in full.
24
          Failure to obey this order will result in recommendation that this action be dismissed.
25

26   IT IS SO ORDERED.

27   Dated:   __May 9, 2016__                    _____/s/ Sheila K. Oberto__
                                                 UNITED STATES MAGISTRATE JUDGE
28

                                                 1